UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Joel Martinez**
_____
PETITIONER

vs.                                       CASE NO. **1:15–CR–10338–FDS-018**

**USA**
_____
RESPONDENT

**ORDER**

F. Dennis Saylor IV, D.J.

Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is hereby ordered to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody upon the office of the United States Attorney.

It is further ordered that the Respondent shall, within 21 days of receipt of this Order, file an answer (or other responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence. The answer (or other responsive pleading) must also include a statement notifying this Court of the existence of any victim or victims as defined by 18 USC §3771.

/s/ – **F. Dennis Saylor IV**
_____
Dated:  July 11, 2019                              U.S. DISTRICT COURT JUDGE