# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No.** |
| v. | ) | **15-10338-18-FDS** |
| | ) | |
| **JOEL MARTINEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ON PETITION FOR POST-CONVICTION RELIEF
## UNDER 28 U.S.C. § 2255

**SAYLOR, J.**

Defendant Joel Martinez has filed petition for post-conviction relief under 28 U.S.C. § 2255. He contends that his defense counsel rendered ineffective assistance of counsel for not filing an appeal after he requested him to do so. He also raises four substantive issues concerning his conviction and sentence.

The government concedes that defense counsel failed to provide effective assistance of counsel to petitioner because he failed to file a notice of appeal. *See* Government's Response to Defendant's Motion Pursuant to 28 U.S.C. § 2255 (Docket No. 3097).

Under the circumstances, the Court finds that petitioner has successfully established that he did not receive effective assistance of counsel within the meaning of the Sixth Amendment as to that issue. The appropriate remedy is to vacate the judgment as to petitioner; reimpose the same sentence; advise him of his right to appeal; and advise him that any notice of appeal must be filed within ten days. *See United States v. Torres-Otero*, 232 F.3d 24, 31-32 (1st Cir. 2000); *Rojas-Medina v. United States*, 924 F.3d 9 (1st Cir. 2019); *McGarrett v. United States*, 2007 WL

609866 (D. Mass. Feb. 23, 2007); *Levine v. United States*, 2006 WL 3004072 (D. Mass. Oct. 19, 2006).  Here, because petitioner is currently incarcerated at some distance from the court, and because he clearly wishes to prosecute an appeal, the clerk will simply be directed to file a notice of appeal on his behalf.

Accordingly, and for the foregoing reasons,

1. The petition of defendant Joel Martinez for post-conviction relief under 28 U.S.C. § 2255 is GRANTED as to Ground One, and otherwise DENIED without prejudice.

2. The judgment of the Court as to Martinez (Docket No. 2472) is hereby VACATED.

3. The clerk is ordered to enter a new judgment that is identical to the previous judgment in all respects except for the date of entry.

4. Martinez is hereby notified of his right to appeal this new judgment within ten days of the date of its entry.

5. The clerk is ordered to file a notice of appeal on behalf of Martinez within ten days after entry of the new judgment.

**So Ordered.**

Dated:  August 20, 2019

/s/ F. Dennis Saylor IV
F. Dennis Saylor, IV
United States District Judge