UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Respondent, )<br>)<br>v. )<br>)<br>JOEL MARTINEZ, )<br>)<br>Petitioner. )<br>) | Criminal Action No.<br>15-10338-FDS |

**MEMORANDUM AND ORDER ON MOTION TO CONSOLIDATE/ADD ADDITIONAL CLAIM UNDER *UNITED STATES V. DAVIS***

**SAYLOR, C.J.**

On December 14, 2017, defendant Joel Martinez pleaded guilty pursuant to a plea agreement to racketeering conspiracy in violation of 18 U.S.C. § 1962(d).  On May 21, 2018, this Court sentenced him to 480 months in prison.  On May 28, 2019, he filed a petition seeking post-conviction relief under 28 U.S.C. § 2255.  He asserted that his defense counsel rendered ineffective assistance of counsel for not filing an appeal after he requested him to do so.  The government agreed that counsel was deficient for failing to appeal.  On August 20, 2019, the Court vacated the judgement, reimposed the same sentence, and advised him of his right to appeal.

On  August 5, 2019, Martinez filed a motion to consolidate or add an additional claim under *United States v. Davis*, 139 S. Ct. 2319 (2019).  The motion contends that *Davis* "directly affects Movant Mr. Martinez'[s] sentence because . . . *Davis* altered the range of conduct that section 924(c) punishes."  (Def.'s Motion to Consolidate, Docket No. 3075 at 1).

In *Davis*, the Supreme Court held that 18 U.S.C. § 924(c)(3)(B) is unconstitutionally vague.  139 S. Ct. 2319, 2336.  As the government points out in its opposition, the *Davis* decision "constrains the government's ability to rely on certain federal offenses—such as conspiracy offenses, kidnapping, and arson—as predicates under Section 924(c) and will also affect other limited applications."  (Gov't's Response, Docket No. 3097 at n.1).

Here, however, there was no Section 924(c) charge.  Martinez pleaded guilty to a violation of 18 U.S.C. § 1962(d).  For that reason, *Davis* has no application in this case, and defendant's motion to consolidate or add an additional claim under *United States v. Davis* is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated:  October 24, 2023